BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:09-CR-047 LJO |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION RE: |
| | ) | RESETTING IN LIMINE MOTIONS |
| | ) | FILING DATE |
| SIPHAY PHOUANGPHANH, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant SIPHAY PHOUANGPHANH, by and through her attorney, DANIEL HARRALSON, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

1. The parties to the above-captioned matter agree to vacate the March 1, 2010, date for the filing of in limine motions and reset the filing date for March 8, 2010.

////

////

////

2.  The parties stipulate that the continuance is necessary
in the interest of justice, to allow the parties to pursue plea
negotiations.

DATED: March 26, 2010                    Respectfully submitted,

                                         BENJAMIN B. WAGNER
                                         United States Attorney

                                         By: /s/ Karen A. Escobar
                                           KAREN A. ESCOBAR
                                         Assistant U.S. Attorney


                                         /s/ Daniel Harralson
                                         DANIEL HARRALSON
                                         Attorney for Defendant
                                         SIPHAY PHOUANGPHANH

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current date of March
1, 2010, for the filing of in limine motions is hereby vacated and
is reset for March 8, 2010.

IT IS SO ORDERED.

Dated:   March 1, 2010            /s/ Lawrence J. O'Neill
                                 UNITED STATES DISTRICT JUDGE