```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
 5
 6
 7
 8          IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )  1:09-CR-047 LJO
                                   )
12               Plaintiff,        )
                                   )
13       v.                        )  STIPULATION RE:
                                   )  RESETTING IN LIMINE MOTIONS
14                                 )  FILING DATE
    SIPHAY PHOUANGPHANH,           )
15                                 )
                                   )
16               Defendant.        )
    _____)
17
```

Defendant SIPHAY PHOUANGPHANH, by and through her attorney, DANIEL HARRALSON, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

1. The parties to the above-captioned matter agree to vacate the in limine motions schedule currently set in order to allow the Federal Defender to review the matter and render a second opinion.

2. The parties therefore agree to reset the filing date for in limine motions on March 22, 2010, and for responses to in limine motions on April 5. The parties further agree to vacate

1

1 | the in limine motions hearing currently set on March 26 at 11:00
2 | a.m. and reset it for April 16 at 11:00 a.m.
3 |     2. The parties stipulate that the continuance is necessary
4 | in the interest of justice, to allow the parties to pursue plea
5 | negotiations.
6 | DATED: March 8, 2010                         Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Karen A. Escobar
   KAREN A. ESCOBAR
Assistant U.S. Attorney


/s/ Daniel Harralson
DANIEL HARRALSON
Attorney for Defendant
SIPHAY PHOUANGPHANH

O R D E R

Having read and considered the foregoing stipulation,

The current date of March 8, 2010, set for the filing of in limine motions is hereby vacated and is reset for March 22, 2010. Any responses shall now be due on April 5, 2010. The hearing on motions in limine shall be held on April 16 at 11:00 a.m. and the current date of March 16 is hereby vacated. This shall in no way affect the trial date, and that is a condition of the granting of this request.

IT IS SO ORDERED.

**Dated: March 8, 2010**                       /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE