```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    DEANNA L. MARTINEZ
 3  Assistant U.S. Attorneys
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )  1:09-CR-00047 LJO
                                   )
12              Plaintiff,         )  APPLICATION AND ORDER FOR
                                   )  MONEY JUDGMENT
13       v.                        )
                                   )
14  SIPHAY PHOUANGPHANH,           )
        aka Bobby Chan,            )
15                                 )
                Defendant.         )
16  _____ )
```

On April 2, 2010, defendant Siphay Phouangphanh aka Bobby Chan entered a guilty plea to Count One of the Indictment, which charges him with Conspiracy to Distribute and to Possess with Intent to Distribute 3,4-Methylenedioxymethamphetamine (MDMA) and Marijuana in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(c) and 846.

As part of his plea agreement with the United States, defendant Siphay Phouangphanh aka Bobby Chan agreed to forfeit voluntarily and immediately $150,000, as a personal money judgment pursuant to Fed. R. Crim. P. 32.2(b)(1), which reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained as a result of a violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(c) and 846, to which he has pled guilty. <u>See</u>

1 | Defendant Phouangphanh's Plea Agreement ¶ 3.(j).

2 |     Plaintiff hereby applies for entry of a money judgment as follows:

3 |     1. Pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a personal forfeiture money judgment against defendant Siphay Phouangphanh aka Bobby Chan in the amount of $150,000.

    2. The above-referenced personal forfeiture money judgment is imposed based on defendant Siphay Phouangphanh's aka Bobby Chan's conviction for violating 21 U.S.C. §§ 841(a)(1), 841(b)(1)(c) and 846. (Count One). Said amount reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained, which the defendant agreed is subject to forfeiture based on the offense of conviction. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

    3. Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the United States Marshals Service and sent to the U.S. Attorney's Office, Att: Asset Forfeiture Unit, 2500 Tulare Street, Suite 4401, Fresno, CA 93721. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the United States Marshals Service, in its secure

///
///
///
///
///

custody and control.

DATED: June 17, 2010                          BENJAMIN B. WAGNER
                                              United States Attorney

                                              /s/ Deanna L. Martinez
                                              DEANNA L. MARTINEZ
                                              Assistant U.S. Attorney

**O R D E R**

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant Siphay Phouangphanh aka Bobby Chan in the amount of $150,000. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the United States Marshals Service, in its secure custody and control.

IT IS SO ORDERED.

**Dated:   June 17, 2010**                    /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE